954

■ RAY WALKER, Respondent, v. TIMOTHY FERRI et al., Appellants. MARY WALKER, Respondent, v. TIMOTHY FERRI et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams and Goldman, JJ.

■ JOHN L. KEOGH, Individually and as a Stockholder of BUFFALO TURBINE AGRICULTURAL EQUIPMENT COMPANY, INC., Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. BUFFALO TURBINE CORPORATION et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present — McCurn, P. J., Kimball, Bastow and Goldman, JJ.

■ GUSTAV ERBE, JR., Individually and as Executor and Trustee of GUSTAVE ERBE, Deceased, et al., Appellants, v. LINCOLN ROCHESTER TRUST COMPANY, Individually and as Executor of GUSTAV ERBE, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Intermediate Accounting of SECURITY TRUST COMPANY OF ROCHESTER, as Trustee of Trusts Made by HELEN D. THOMS.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of CHARLES F. STANTON, as Commissioner of Public Works for the City of Syracuse, for Appointment of Commissioners of Condemnation. (West Florence Avenue.) —Appeal dismissed, without costs, upon stipulation.

■ In the Matter of JAMES E. O'TOOLE, Respondent, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ ALFIO NICOTRA, as Administrator of the Estate of MARIA NICOTRA, Deceased, Respondent, v. STATE OF NEW YORK, Appellant.— Appeals dismissed, without costs, upon stipulation.

■ ANTHONY S. TODARO, Plaintiff, v. ROSALIE SANFILIPPO, Defendant.— Order of substitution entered; appeal dismissed, without costs, upon stipulation.

■ LAWRENCE F. OLSON, INC., Appellant, v. BUILDING TRADES COUNCIL OF BUFFALO AND VICINITY (AFL) et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ JEROME G. BUCHHEIT, Appellant, v. CLIFTON BURKHARDT, Respondent.— Motion granted and appeal dismissed, without costs.

■ ELIZABETH THOMPSON, as Administratrix of the Estate of BONITA THOMPSON, Deceased, Appellant, v. DONALD E. THOMPSON, Respondent.— Motion granted and appeal dismissed, without costs.

■ EDWARD WILBER, Appellant, v. BORDER OIL & GAS CO. INC., et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOHN J. KIASH, Appellant, v. ROBERT H. PEPER et al., Respondents. STANLEY PUGSLEY, Appellant, v. JOHN J. KIASH et al., Respondents.— Appeal dismissed for failure to comply with previous order, without costs.

■ LINDA I. HARRIS, an Infant, Appellant, v. PENN YAN EXPRESS, INC. et al., Respondents; JAMES T. HARRIS, Appellant, v. PENN YAN EXPRESS, INC., et al., Respondents.— Appeals dismissed for failure to comply with previous order, without costs.

■ FRANK GERWITZ, Respondent, v. MOHAWK TRUCK RENTAL, INC., Appellant; MOHAWK TRUCK RENTAL, INC. v. GOULD NATIONAL BATTERIES, INC.— Motion for a stay granted pending determination of appeal.

■ EAGLE CONTRACTORS OF UTICA, INC., Respondent, v. MARGARET BLACK, Appellant.— Appeal dismissed unless records and briefs are filed and served